IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| G. STANLEY McGHEE, )<br>)<br>    Plaintiff, )<br>v. )    CASE NO. 2:09-cv-0092-MEF<br>)<br>ALABAMA STATE UNIVERSITY, )<br>)<br>    Defendant. ) | |

## **O R D E R**

On May 21, 2009, the Magistrate Judge filed a Recommendation (Doc. #34) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's Motion to Dismiss is GRANTED and the plaintiff's claims are DISMISSED.

DONE this the 12th day of June, 2009.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE